IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRIANA C. DANIELS,                            )
                                              )
    Plaintiff,                           )
                                              )
v.                                            )          CASE NO. 1:12-cv-878-MEF
                                              )          (WO – Do Not Publish)
HANGER ORTHOPEDIC GROUP,                      )
INC.,                                         )
                                              )
    Defendant.                           )

## ORDER

Before the Court is Plaintiff's unopposed Motion for Leave to Amend Her Complaint (Doc. #23), in which Plaintiff seeks to clarify the factual and legal bases for her unlawful termination claim under the American with Disabilities Act, as amended ("ADA"), 42 U.S.C. § 12101, *et seq.*, and to add a claim under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, *et seq.*   Under Federal Rule of Civil Procedure 15(a)(2), "the court should freely give leave [to amend] when justice so requires."  "[T]he rule contemplates that leave shall be granted unless there is a substantial reason to deny it."  *Halliburton & Assocs., Inc. v. Henderson, Few & Co.*, 774 F.2d 441, 443 (11th Cir. 1985).  There being no objection from Defendant, and pursuant to this Court's obligation under Federal Rule of Civil Procedure 15(a)(2), it is hereby ORDERED that Plaintiff's motion is GRANTED.

Plaintiff shall file, on or before June 14, 2013, an amended complaint that complies with Rule 15.1 of the Local Rules for the United States District Court for the Middle District of Alabama for Civil and Criminal Cases, which provides in pertinent part: "Any amendment

to a pleading . . . whether filed as a matter of course or upon a motion to amend, must, except by leave of Court, reproduce the entire pleading . . . as amended, and may not incorporate any prior pleading . . . by reference."

DONE this the 10th day of June, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE
